# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| ERICA RANSOM,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; and SUNSET FINANCE CO., (SC) LLC, d/b/a Sunset Finance Co. of Brunswick, a South Carolina corporation,<br><br>    Defendants. | 2:19-CV-121 |

## ORDER

Before the Court is Plaintiff Erica Ransom's notice of voluntary dismissal, dkt. no. 12, wherein she states her intention to dismiss her claims against Defendant Sunset Finance Co. without prejudice. Defendant Sunset Finance Co. having filed no answer to Plaintiff's Complaint, Ransom is entitled to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims Plaintiff asserted against Defendant Sunset Finance Co. in this action are dismissed without prejudice. Each party shall bear its own fees and costs. There being no claims remaining, the Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 22nd day of April, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA